IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-HC-2062-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHRISTOPHER PERKINS | ) | |

In 2009, respondent was committed to the custody and care of the Attorney General pursuant to 18 U.S.C. § 4246(d). By order filed 3 May 2010, respondent was conditionally released from custody pursuant to 18 U.S.C. § 4246(e). This matter is now before the court on the government's motion to revoke respondent's conditional release, filed 9 August 2010. On 31 January 2011, the court held a hearing on this motion via video-conference technology.

For the reasons stated at the conclusion of that hearing, the court finds that respondent has violated the terms of his conditional release and that his continued release would create a substantial risk of bodily injury to another person or serious damage to the property of another. Respondent's conditional release is hereby REVOKED, and it is ORDERED that he be remanded to the custody of the Attorney General for placement in a suitable facility pursuant to 18 U.S.C. § 4246.

This 31 January 2011.

                                      W. Earl Britt
                                      Senior U.S. District Judge